UNITED STATES of America,
Plaintiff-Appellee,

v.

Wainsworth Marcellus HALL, a/k/a Unique, Defendant-Appellant.

No. 16-6658

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2017

Decided: March 30, 2017

Nicholas David Renninger, KOZAK, DAVIS, RENNINGER & BELOTE, P.C., Portsmouth, Virginia, for Appellant. Dana J. Boente, United States Attorney, Randy C. Stoker, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wainsworth Marcellus Hall appeals the district court's order denying his motions to reconsider the district court's denial of his 18 U.S.C. § 3582(c)(2) (2012) motion. The district court lacked jurisdiction to grant Hall's motions for reconsideration, *see United States v. Goodwyn*, 596 F.3d 233, 235-36 (4th Cir. 2010), and therefore we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*